Richard C. Feltman, ISBA #4003
Robert F. Greer, ISBA #3765
FELTMAN GEBHARDT GREER & ZEIMANTZ, P.S.
421 W. Riverside, Suite 1400
Spokane, WA 99201
Telephone: (509) 838-6800
Facsimile:  (509) 744-3436
Email: rcfeltman@fggzlaw.com
       rfgreer@fggzlaw.com

Attorneys for Defendant, T & T
Roofing and Sheet Metal, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| AMCO INSURANCE COMPANY, a/s/o Watkins Distributing Sales & Service,<br><br>Plaintiff,<br><br>-vs-<br><br>CONTRACTORS NORTHWEST, INC.; and T&T ROOFING AND SHEET METAL, INC.,<br><br>Defendants | NO.<br><br>KOOTENAI COUNTY DISTRICT COURT CASE NO. CV-2012-849<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

TO:   The Clerk of the Above Entitled Court

Pursuant to 28 U.S.C. § 1332 and 1441 et. seq., defendant T & T Roofing and Sheet Metal, Inc., hereby removes the above-captioned action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai to this Court on the grounds of diversity of citizenship. The following statement is submitted in accordance with 28 U.S.C. § 1446:

1.      On January 26, 2012, plaintiff Amco Insurance Company ("Plaintiff") commenced this action against defendant T & T Roofing and Sheet Metal, Inc. in the District Court of the First

Judicial District of the State of Idaho, in and for the County of Kootenai (now pending as Case No. CV2012-849.) The Summons and Complaint and Demand for Jury Trial is attached to this Notice.

2. Plaintiff served the Summons and Complaint on T & T Roofing and Sheet Metal, Inc. on February 6, 2012. The Affidavit of Service is attached to this Notice.

3. T & T Roofing and Sheet Metal, Inc. is removing this action to Federal Court on the basis of diversity jurisdiction. Plaintiff is a foreign corporation with its principal place of business outside the States of Idaho and Washington, and has asserted claims against defendant T & T Roofing and Sheet Metal, Inc., who is an Idaho corporation, and against Contractors Northwest, Inc., who is a Washington corporation. Accordingly, under 28 U.S.C. § 1332, this Court would have had jurisdiction over this case under diversity of citizenship jurisdiction had it been originally filed in this Court. The case is therefore removable to this Court pursuant to 28 U.S.C. § 1441(b).

4. This Notice of Removal is timely filed within thirty (30) days from the date on which the action was served on defendant T & T Roofing and Sheet Metal, Inc. pursuant to 28 U.S.C. § 1443(b).

5. As indicated in plaintiff's Complaint, this action is by a foreign corporation with its principal place of business outside the States of Idaho and Washington for damages. Based on defendant T & T Roofing and Sheet Metal, Inc. and its counsel's investigation and understanding, the damages alleged by plaintiff exceed $75,000.00.

6. In compliance with 28 U.S.C. § 1446(a) and Dist. Idaho Loc. Civ. R. 5.2(d) and 81.1, attached are true and correct copies of all the pleadings filed in this action:

    a. Summons to T & T Roofing and Sheet Metal, Inc.

      b.      Summons to Contractors Northwest, Inc.;

      c.      Complaint and Demand for Jury Trial;

      d.      Notice of Appearance of Richard C. Feltman and Robert F. Greer for T & T Roofing and Sheet Metal, Inc.;

      e.      Affidavit of Service Re: T & T Roofing and Sheet Metal, Inc.';

      f.      Affidavit of Service Re: Contractors Northwest, Inc.;

      g.      Register of Actions for Amco Insurance Company v. Contractors Northwest, Inc., et al, Kootenai County District Court No. CV2012-849.

WHEREFORE, defendant T & T Roofing and Sheet Metal, Inc. prays that the above entitled action now pending against it in the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai, be removed to the United States District Court for the District of Idaho.

DATED this _____ day of March, 2012.

          FELTMAN, GEBHARDT, GREER
          & ZEIMANTZ, P.S.

By: _____
      RICHARD C. FELTMAN, ISBA #4003
      ROBERT F. GREER, ISBA #3765
      Attorneys for T & T Roofing and
      Sheet Metal Inc.

421 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Telephone: (509) 838-6800
Facsimile: (509) 744-3436
Email: rcfeltman@fggzlaw.com
       rfgreer@fggzlaw.com

NOTICE OF REMOVAL - 3
r:\feltman\active\t & t roofing 13336\pleadings\notice of removal to federal court.doc

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 5th day of March, 2012, I caused a true and correct copy of the foregoing NOTICE OF REMOVAL TO FEDERAL COURT, to be forwarded, with all required charges prepaid, by the method(s) indicated below, to the following person(s):

| | |
|---|---|
| Ms. Megan L. McFarland<br>COZEN O'CONNOR<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101-3071<br>Telephone: (206)340-1000<br>            (800)421-1950<br>Facsimile: (206)621-8783<br>Email: mmcfarland@cozen.com | [X] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[ ] Email |

_____
JAN PERREY