United States Courts
U.S. Federal Bldg & Courthouse
550 W Fort St, Suite 400
Boise, ID 83724
PH: (208) 334-1361
FAX: (208) 334-9362

Elizabeth A. Smith, Court Executive



STATE OF IDAHO
COUNTY OF KOOTENAI } SS

2012 MAR 14 AM 10: 55

CLERK DISTRICT COURT

_____
DEPUTY

March 12, 2012

To: Kootenai County Clerk, First Judicial District Court
P.O. Box 9000
Coeur d'Alene, ID 83816-9000

From: U. S. District Court
Carrie McMahan, Deputy Clerk

Re: Our case No. 2:12-CV-103-BLW
Your case No. CV-12-00849

Case Name: Amco Insurance Company v. T&T Roofing and Sheet Metal, Inc et al

This case has been remanded to your District per the enclosed order. Included from the case is a certified copy of the docket sheet and a certified copy of the order of transfer.

Please acknowledge receipt of the above and return the acknowledgment to the U.S. District Court in Boise.

Received by: Cathy Victorino, Deputy Clerk

Date received: 3-14-12

Acknowledgment can be placed in the enclosed envelope and returned to:
Clerk, US District Court, District of Idaho
Attn: Carrie McMahan, Deputy Clerk
550 W Fort St., Suite 400
Boise ID 83724

US DISTRICT COURT, DISTRICT OF IDAHO
550 W FORT ST., SUITE 400
BOISE ID 83724

ATT: CARRIE MCMAHAN

*U.S. COURTS*
*MAR 1 6 2012*
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO